UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CRESCENT JONES**,                                  Case No. 6:15-cv-2062-KI

       Plaintiff,                              JUDGMENT

  v.

**CAROLYN COLVIN, Acting
Commissioner of Social Security**,

       Defendant.

    Jeffrey H. Baird
    Dellert Baird Law Office, PLLC
    524 Tacoma Ave. S.
    Tacoma, WA 98402

        Attorney for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon
    Janice E. Hebert
    Assistant United States Attorney
    1000 SW Third Ave., Ste. 600
    Portland, OR 97204-2902

Page 1 - JUDGMENT

Martha A. Boden
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-3710

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this ___28th___ day of October, 2016.

    /s/ Garr M. King
    Garr M. King
    United States District Judge